ORDERED UNSEALED on 08/20/2021    s/ TrishaF


s/ T. Ferris

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>MERVAIN LANCE CUTLER JR.,<br><br>                    Defendant. | Case No.: '21 MJ3371<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm |
|---|---|

The undersigned complainant being duly sworn states:

COUNT ONE

On or about July 13, 2021, within the Southern District of California, defendant MERVAIN LANCE CUTLER JR., knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: Ruger, model Ruger-57, 5.7 x 28 mm pistol bearing serial number 642-15227; in violation of Title 18, United States Code, Section 922(g)(1).

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
ARNESHA B. BAHN
ATF Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 on this 17th day of August, 2021.

_____
HON. KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to me or state and local officers regarding this investigation but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On or about July 13, 2021, while on patrol, San Diego Community College District ("SDCCD") police officers observed a black Range Rover SUV with an expired registration tab in violation of 4000(a)(1) CVC. Officers conducted a traffic stop of the vehicle at 6900 Linda Vista Road, within the Southern District of California. Officers contacted the driver/sole occupant, whom officers later identified as California Department of Corrections parolee, Mervain Lance CUTLER Jr. ("CUTLER").

CUTLER said he had been stopped by police numerous times because the license plates on his 2013 Range Rover were registered to his 2013 BMW. CUTLER stated that he had purchased the Range Rover a few years ago in Spring Valley, CA. Record checks confirmed CUTLER as the registered owner. Additionally, CUTLER explained that prior to operating his Range Rover, he had driven his motorcycle to the parked Range Rover, placed his motorcycle key inside the center console and set his black motorcycle backpack on the front passenger seat.

A records search for CUTLER revealed he had an active Fourth Amendment waiver condition as part of being on parole. During a search of CUTLER's vehicle, officers located a black backpack on the passenger side of the vehicle. Inside the backpack, officers located car keys and a baggie containing a white crystalline substance (5.53g) gross that presumptively tested positive for Methamphetamine. CUTLER stated the, "meth" and the black backpack belonged to him but denied ownership of all other items inside the vehicle.

Inside the center console, officers located a firearm high-capacity magazine containing nineteen (19) rounds of 5.7 x 28mm ammunition. Underneath several items, including a suitcase, officers located a Ruger, model Ruger-57, 5.7 x 28 mm pistol bearing serial number 642-15227, laying on the right rear passenger floorboard adjacent to the door.

Furthermore, on the front passenger side floorboard, officers located an empty black Ruger firearm case bearing serial number 642-15227, consistent with the firearm's serial number.

CUTLER's mother arrived at the scene, at which point CUTLER told officers to give his mother his motorcycle keys, cars keys, and miscellaneous motorcycle gear. Despite having previously disavowed ownership of the other items inside the vehicle, CUTLER then directed officers to retrieve the items from the back seat area as well as the center console where officers had located the firearm magazine.  Moreover, CUTLER told officers to give his mother the remaining contents of the vehicle.

Preliminary records checks on CUTLER revealed the following relevant criminal history, though subsequent database queries may reveal additional criminal history:

| CONVICTION DATE | COURT | CHARGE | PRISON TERM |
| --- | --- | --- | --- |
| 02/20/2014 | CASD – Corr Wasco | Cnt 1: 2800.2 (A) – Evade Peace Ofc: Disregard Safety (Felony) | 2 Years' Prison |
| 02/20/2014 | CASD – Corr Wasco | Cnt 3:  11377 (A) HS – Possess Controlled Substance (Felony) | 16 Months' Prison |
| 11/16/2015 | CASC – San Diego Central | CNT 4: Attempted 211 PC- Robbery (Felony) | 5 Years' Prison |

Additionally, I learned that while on pre-trial release for state charges relating to the above-mentioned conduct, CUTLER was arrested on August 2, 2021, for identity-theft and fraud charges in Orange County, California.

The firearm was seized and inspected.  Preliminary checks revealed that the firearm was not manufactured in California.  Therefore, the firearm traveled in and/or affected interstate commerce to arrive in the state of California.